1

2

3

4

5

6

7

8               # UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  JOY LEON, | Case No.  1:16-cv-00361-SAB |
| 12              Plaintiff, | REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS |
| 13          v. | |
| 14  COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 1) |
| 15              Defendant. | TWENTY DAY DEADLINE |
| 16 | |

17

18          Plaintiff Joy Leon, appearing pro se in this action for review of denial of Social Security

19    benefits, filed a complaint on March 16, 2016.  Plaintiff did not pay the filing fee in this action

20    and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

21    However, Plaintiff's application was not adequately completed.  Plaintiff's application does not

22    reflect all the income which is being received by the household.  For that reason, the Court is

23    unable to determine if she is able to proceed in this action without prepayment of fees.

          Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed

24    in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is

25    unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in

26    full.

27    / / /

28
                                             1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.    The Clerk of the Court is directed to forward an <u>in forma pauperis</u> application

3          (Long Form) to Plaintiff;

4    2.    Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the

5          $400.00 filing fee for this action, or (2) file an application to proceed <u>in forma</u>

6          <u>pauperis</u> without prepayment of the fee; and

7    3.    If Plaintiff fails to comply with this order, this action shall be dismissed.

8

9    IT IS SO ORDERED.

10

   Dated:    **March 21, 2016**

11                                                   UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2