UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JOY LEON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:16-cv-00361-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 17) |

　　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

　　　　1.　　Defendant shall file a response to Plaintiff's opening brief on or before February 20, 2017; and

　　　　Plaintiff's reply, if any, shall be filed on or before March 7, 2017.

IT IS SO ORDERED.

Dated:　**December 30, 2016**　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1:16-cv-00361-SAB
[Proposed] Order

1