UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOY LEON,<br><br>         Plaintiff,<br><br>    vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>         Defendant. | Case No.: 1:16-cv-00361-SAB<br><br>ORDER RE STIPULATION FOR SECOND EXTENSION OF TIME<br><br>(ECF No. |

On February 16, 2017, the parties filed a second stipulation to extend time for Defendant to file a response to Plaintiff's opening brief.  The Court shall grant the parties' request. However, the parties are advised that due to the impact of social security cases on the Court's docket and the Court's desire to have cases decided in an expedient manner, requests for modification of the briefing scheduling will not routinely be granted and will only be granted upon a showing of good cause.  Further, requests to modify the briefing schedule that are made on the eve of a deadline will be looked upon with disfavor and may be denied absent good cause for the delay in seeking an extension.

/ / /

/ / /

1 | Based on the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's response to Plaintiff's opening brief shall be filed on or before March 27, 2017; and

2. Plaintiff shall file her reply, if any, on or before April 11, 2017.

IT IS SO ORDERED.

Dated:   **February 16, 2017**

UNITED STATES MAGISTRATE JUDGE